UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GILLRAY CADET,

                Plaintiff,

    - against -

DEUTSCHE BANK SECURITIES INC.,
TOMAS DE CASTRO, AND STEPHEN
CUNNINGHAM,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF**

11 Civ. 7964

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, Defendant, Deutsche Bank Securities Inc., a nongovernmental corporate party, through its undersigned counsel, certifies that the following are its corporate parents: Deutsche Bank AG, Taunus Corporation and DB U.S. Financial Markets Holding Corporation.

       Defendant further certifies that, other than the aforementioned corporate parents, there is no publicly held corporation that owns 10% or more of Deutsche Bank Securities Inc.'s stock.

Dated: New York, New York
       January 13, 2012

                                        SIDLEY AUSTIN LLP

                                        By: /s/ Christian N. Elloie
                                           Christian N. Elloie
                                           787 Seventh Avenue
                                           New York, New York 10019
                                           (212) 839-5300
                                           celloie@sidley.com

                                          *Attorneys for Defendants*
                                          *Deutsche Bank Securities Inc., Tomas De*
                                          *Castro, and Stephen Cunningham*

NY1 7992983v.1