

MEMO ENDORSED

**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                           FACSIMILE: (646) 349-5308

July 20, 2012

**VIA FAX**
Hon. Colleen McMahon
United States Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

*[Stamp: ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 7/20/12]*

*[Signature: Colleen My McM 7/20/12]*

Re:   **Cadet v. Deutsche Bank Securities Inc., et al., No. 11 Civ. 7964 (CM)**

Hon. Judge McMahon:

I represent the Plaintiff, Gillray Cadet, in the referenced action and write to request a revised briefing schedule for dispositive motions. Defendants anticipate filing a motion for summary judgment and join in this request for additional time. The parties have conducted all discovery within the deadline set by the court.

The main reason for the additional time requested is, at least, partly due to the voluminous documents recently provided by Defendants in this action, including over 50,000 pages of emails, attachments and other documents, that will require a thorough review by Plaintiff's counsel in the preparation of opposition briefs. In addition, the additional time is required to review the extensive documents to assess whether they should be included in a list of proposed trial exhibits. Currently, the deadline for submitting this proposed list of exhibits is also July 26, 2012.

Hence, the parties request that the deadline for dispositive motions be extended from the current deadline of July 26, 2012, until **September 26, 2012**. Pursuant to this court's individual rules, the pre-trial memoranda, jury instructions and voir dire would also be submitted simultaneously with any motions.

*[Handwritten: Make it Oct 5]*

Finally, the parties jointly request that opposition papers be filed no later than **November 26, 2012** and reply papers by **December 15th, 2012**.

Respectfully submitted,

*[Signature]*
Ian F. Wallace

cc:   Nicholas H. De Baun, Esq. (via fax)
      *Attorney for Defendants*